

Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

## COMMERCIAL COMMON POLICY DECLARATIONS SUMMARY PAGE

| | | | |
|---|---|---|---|
| **Policy Number** WPP1196072 01 | **Policy Period** | **From:** 10/19/2015 **To:** 10/19/2016 | |
| | | 12:01 A.M. Standard Time at the Name Insured's Address | |

**Transaction**
Renewal

| **Named Insured and Address** | **Producer:** 57737 |
|---|---|
| STEVEN LEVINE | Scottish American Insurance General Agency, Inc. |
| 3616 FARWEST BLVD STE 117 PMB173 | 2 TELEPORT DRIVE, CORPORATE COMMONS 2, S |
| AUSTIN TX 78731 | STATEN ISLAND NY 10311 |
| | **Telephone:** (718) 906-5300 |

| **Business Description** | **Type of Business** | **Auditable** ☒ | **Non-Auditable** ☐ |
|---|---|---|---|
| LESSOR'S RISK ONLY | Limited Liability Company | | |
| | | **Audit Period** | Annual |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE PART DESCRIPTION | PREMIUM |
|---|---|
| Commercial Fire | $4,752.00 |
| General Liability | $3,424.00 |
| | |
| NY Fire Fee | $32.31 |
| | |
| Policy Premium | $8,176.00 |
| Deposit Premium (if applicable) | $8,176.00 |
| Taxes and Surcharges | N/A in NY |
| Total Deposit Premium | $8,208.31 |

(Includes Taxes, Surcharges, and applicable Terrorism Premium)

| FORMS AND ENDORSEMENTS* |
|---|
| See Forms and Endorsements Schedule |

*Entry optional if above in common policy declarations schedule

THESE DECLARATIONS TOGETHER WITH THE COVERAGE DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

| 9/14/2015 | _[signature]_ |
|---|---|
| Date | Signature of Authorized Representative |



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1196072 01
**Named Insured:**
STEVEN LEVINE

## COMMERCIAL COMMON POLICY DECLARATIONS
## LOCATION SUMMARY

**Premises # 1**
9913 43rd Ave

Corona           NY 11368

**Premises # 2**
10820 48th Ave

Corona           NY 11368

Issued Date: 9/14/2015



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1196072 01
**Named Insured:**
STEVEN LEVINE

# COMMERCIAL COMMON POLICY DECLARATIONS
## SUB-LOCATION ADDRESS SCHEDULE

**Premises # 1**
**Building # 1**
APARTMENTS WITHOUT MERCANTILE OCCUPANCIES - UP TO 10 UNITS

**Premises # 2**
**Building # 1**
APARTMENTS WITHOUT MERCANTILE OCCUPANCIES - UP TO 10 UNITS

Issued Date: 9/14/2015



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

# COMMERCIAL GENERAL LIABILITY COVERAGE DECLARATIONS

| | | |
|---|---|---|
| **Policy Number** WPP1196072 01 | **Policy Period** | **From:** 10/19/2015  **To:** 10/19/2016<br>12:01 A.M. Standard Time at the Name Insured's Address |

**Transaction**
Renewal

| **Named Insured and Address**<br>STEVEN LEVINE<br>3616 FARWEST BLVD STE 117 PMB173<br>AUSTIN TX 78731 | **Producer:** 57737<br>Scottish American Insurance General Agency, Inc.<br>2 TELEPORT DRIVE, CORPORATE COMMONS 2, S<br>STATEN ISLAND NY 10311<br>**Telephone:** (718) 906-5300 | |
|---|---|---|
| **Business Description**<br>LESSOR'S RISK ONLY | **Type of Business**<br>Limited Liability Company | **Audit Period**<br>Annual |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| | |
|---|---:|
| General Aggregate Limit (Other than Products-Completed Operations) | $2,000,000 |
| Products - Completed Operations Aggregate Limit | $1,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Medical Expense Limit, any one person | $5,000 |
| Damage to Premises Rented to You Limit, any one premises | $100,000 |

**AMENDED LIMITS OF LIABILITY**

Refer to attached schedule, if any.

**LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY**

Refer to attached schedule.

**CLASSIFICATIONS**

Refer to attached schedule, if any.

| **TOTAL PREMIUM FOR THIS COVERAGE PART** | $3,424.00 |
|---|---:|

**FORMS AND ENDORSEMENTS***

See Forms and Endorsements Schedule

*Entry optional if shown in common policy declarations.

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

9/14/2015
*Date*

*Signature of Authorized Representative*



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1196072 01
**Named Insured:**
STEVEN LEVINE

## COMMERCIAL GENERAL LIABILITY EXTENSION OF DECLARATIONS

**LOCATION OF PREMISES**

**Location of All Premises You Own, Rent or Occupy:**

| 1 | 2 |
|---|---|
| 9913 43rd Ave | 10820 48th Ave |
| Corona    NY 11368 | Corona    NY 11368 |

**PREMIUM**

| Location | Classification | Code No. | Exposure | Basis | Prem. Ops. | Rate Prem. Ops. | Rate Prod/Comp Ops. | Advance Premium Prem. Ops. | Advance Premium Prod/Comp Ops. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 60022 | 6 | U | 285.337 | | 0.000 | $1,712.00 | $0.00 |
| | Apartments, Tenements, Boarding or Rooming Houses Without Elevator | | | | | | | | |
| 2 | | 60022 | 6 | U | 285.337 | | 0.000 | $1,712.00 | $0.00 |
| | Apartments, Tenements, Boarding or Rooming Houses Without Elevator | | | | | | | | |

**Extension of Declarations – Total Advance Annual Premium**    $3,424.00

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1994.

Issued Date:    9/14/2015
GLDEC 0408

INSURED COPY

IN WITNESS WHEREOF, the company has caused this policy to be executed and attested by its President and Secretary at Rocky Hill, Connecticut, and this policy shall not be valid unless countersigned by an authorized representative of the company.

*President*                                                             *Secretary*



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

# COMMERCIAL PROPERTY COVERAGE DECLARATIONS

| | | |
|---|---|---|
| **Policy Number** WPP1196072 01 | **Policy Period** | **From:** 10/19/2015  **To:** 10/19/2016 |
| | | 12:01 A.M. Standard Time at the Name Insured's Address |

**Transaction**
Renewal

**Named Insured and Address**
STEVEN LEVINE
3616 FARWEST BLVD STE 117 PMB173
AUSTIN TX 78731

**Producer:** 57737
Scottish American Insurance General Agency, Inc.
2 TELEPORT DRIVE, CORPORATE COMMONS 2, S
STATEN ISLAND NY 10311
**Telephone:** (718) 906-5300

**Business Description**
LESSOR'S RISK ONLY

**Type of Business**
Limited Liability Company

**Audit Period**
Annual

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**DESCRIPTION OF PREMISES**
   Refer to attached schedule.

**COVERAGES PROVIDED**
   Refer to attached schedule, if any.

**OPTIONAL COVERAGES**
   Refer to attached schedule, if any.

**MORTGAGEES AND ADDITIONAL INTERESTS**
   Refer to attached schedule, if any.

**TOTAL PREMIUM FOR THIS COVERAGE PART**     $4,752.00

**FORMS AND ENDORSEMENTS***

See forms and Endorsements Schedule

***Entry optional if shown in common policy declarations.**

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

_____9/14/2015_____          _____*(signature)*_____
*Date*                              *Signature of Authorized Representative*



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1196072 01
**Named Insured:**
STEVEN LEVINE

## COMMERCIAL PROPERTY
## DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Occupancy | Construction | Class | Prot. | Terr. | EQ Class. | EQ Terr. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Apartments without Mercantile Occupancies – Up to 10 Units | Joisted Masonry (Code 2) | 0311 | 2 | 410 | | |
| 2 | 1 | Apartments without Mercantile Occupancies – Up to 10 Units | Joisted Masonry (Code 2) | 0311 | 2 | 410 | | |



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1196072 01
**Named Insured:**
STEVEN LEVINE

# COMMERCIAL PROPERTY
## DESCRIPTION OF COVERAGES PROVIDED

| Prem No | Bldg No. | Coverage | Limit Of Insurance | Blanket Coverage | Covered Causes Of Loss | Coinsurance | Ded. |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Building | $626,333 | | Special | 100% | $2,500 |
| 1 | 1 | Business Income including Rental Value with Extra Expense | $80,000 | | Special | 80% | |
| 1 | 1 | Ordinance Or LawB | See Endo | | Special | | |
| 1 | 1 | Ordinance Or LawC | See Endo | | Special | | |
| 2 | 1 | Building | $870,539 | | Special | 100% | $2,500 |
| 2 | 1 | Business Income including Rental Value with Extra Expense | $54,000 | | Special | 80% | |

†IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

Issued Date:        09/14/2015
DEC CF C 0408

Page 9 of 15

INSURED COPY



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

Policy Number:
WPP1196072 01
**Named Insured:**
STEVEN LEVINE

# COMMERCIAL PROPERTY
## DESCRIPTION OF OPTIONAL COVERAGES PROVIDED

| Prem No | Bldg No | Coverage | Effective Date | Expiration Date | Agreed Value | Bldg | Valuation† Pers Prop | Incl Stock | Inflation Guard Bldg | Pers Prop | Monthly Limit of Indemnity | Maximum Limit of Indemnity | Extended Period of Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Bldg | 10/19/2015 | 10/19/2016 | X | RC | | RC | 4% | | | | |
| 1 | 1 | Business Income including Rental Value with Extra Expense | | | | | | | | | | | |
| 1 | 1 | OrdinanceOrLawB | | | | | | | | | | | |
| 1 | 1 | OrdinanceOrLawC | | | | | | | | | | | |
| 2 | 1 | Bldg | 10/19/2015 | 10/19/2016 | X | RC | | RC | 4% | | | | |
| 2 | 1 | Business Income including Rental Value with Extra Expense | | | | | | | | | | | |

† RC = Replacement Cost
  FRC = Functional Replacement Cost
  ACV = Actual Cash Value

Issued Date:        09/14/2015
DEC CF D 0408

INSURED COPY

Page 10 of 15



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1196072 01
**Named Insured:**
STEVEN LEVINE

# COMMERCIAL PROPERTY
# SUPPLEMENTAL DECLARATIONS

**LOCATION SCHEDULE PREMIUM CHARGES:**

| Premises Number | Building Number | Coverage | Covered Causes Of Loss | Premium |
|---|---|---|---|---|
| 1 | 1 | Building | Special Excluding Theft | $1,617.00 |
| 1 | 1 | BusinessIncome including Rental Value with Extra Expense | Special Excluding Theft | $158.00 |
| 1 | 1 | Ordinance Or LawB | Special Excluding Theft | $83.00 |
| 1 | 1 | Ordinance Or LawC | Special Excluding Theft | $83.00 |
| 1 | | Equipment Breakdown | | $71.00 |
| | | | Location 1 Total | $2,012.00 |
| 2 | 1 | Building | Special Excluding Theft | $2,140.00 |
| 2 | 1 | BusinessIncome including Rental Value with Extra Expense | Special Excluding Theft | $107.00 |
| 2 | | Equipment Breakdown | | $82.00 |
| | | | Location 2 Total | $2,329.00 |

**OTHER PROPERTY COVERAGE PREMIUM CHARGES:**

| Coverage | Premium |
|---|---|
| Terrorism | $112 |

**Total Other Property: $112.00**
**Total Blanket Property: $0.00**

**Total Property Premium Charges: $4,752.00**
**(Excluding Taxes and Surcharges)**

Issued Date:      9/14/2015
DEC CF F 0408

Insured Copy



Wesco Insurance Company
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

**Policy Number:**
WPP1196072 01
**Named Insured:**
STEVEN LEVINE

## COMMERCIAL PACKAGE POLICY
## POLICY INTEREST SCHEDULE

**MORTGAGEE**
New York Community Bank ISAOA/ATIMA
PO Box 5070
LOAN#110611956
Troy, MI 48007
Units (Loc - Bldg): 1-1

**MORTGAGEE**
JP MORGAN CHASE BANK NA ISAOA
ATTN: TX1-1711  LOAN#714133733
PO BOX 9005
COPPELL, NY 75019-9005
Units (Loc - Bldg): 2-1

**LOSS PAYABLE**
JP Morgan Chase Bank NA ISAOA
Attn: TX1 - 1711  LOAN#714133733
PO Box 9005
Coppell, TX 75019-9005
Units (Loc - Bldg): 2-1

Issued Date:

CPPSCHEDPI 0408

Page 12 of 15