UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                               Chapter 11

ZENITH MANAGEMENT I, LLC,                           Case No. 16-43485-nhl

      Debtor.                                **NOTICE OF APPEARANCE**

-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned attorney, New York State Assistant Attorney General Andrew J. Gershon, is appearing on behalf of creditor and interested party New York State Department of Environmental Conservation, and requests notice of all filings.

Dated: September 12, 2016
      New York, New York

                        ERIC SCHNEIDERMAN
                        Attorney General of the
                         State of New York

                        */s/ Andrew J. Gershon*

                        By: Andrew J. Gershon
                        Assistant Attorney General
                        120 Broadway, 26th Floor
                        New York, New York
                        (212) 416-8474
                        Andrew.Gershon@ag.ny.gov

                        *Attorney for Creditor/Interested Party New York*
                        *State Department of Environmental Conservation*