# United States Bankruptcy Court
## Eastern District of New York

In re    Zenith Management I, LLC        Case No.    16-43485 (NHL)

Debtor(s)      Chapter    11

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, and April 6, 2018 respectively a copy of Motion to Authorize/Direct Approve Bid Procedures and Sale, and Amended Motion to Authorize/Direct Approve Bid Procedures and Sale, respectively, were served electronically/ECF and by regular United States mail to all interested parties, the Trustee and all creditors listed below at addresses and ecf notification email addresses.

IRS/Centralized Insolvency
Post Office Box 21126
Philadelphia, PA 19114

JPMorgan Chase Bank
Melinda Cox, Esq.
Parker Ibrahim Berg
270 Davidson Avenue
Somerset, NJ 08873

Karla Vera c/o
c/o BERNARD D'ORAZIO, ESQ
Steven Udin Esq.
100 Lafayette St- 601
New York, New York 10013

N.Y. State Department of
Tax Compliance 55 Hanson Place
Brooklyn NY 11217

New York Community Bank
Gary Ravert, Esq.
Lynch & Assoc
482 Seventh Ave-12
New York, New York 10018

NYC Department of Finance
345 Adams Street
Brooklyn,New York 11201

NYS Dept Environ Conservation
John K. Urda, Esq.
Region 2
47-40 21st Street
Long Island City, New York 11101

NYS Dept Environ Conservation
NYS Attorney General
120 Broadway
New York, New York

U.S. TRUSTEES' OFC.-EDNY
Nazar Khodorovsky, Esq
Federal Office Building
201 Varick Street-Suite 1
New York, New York 10014

James P. Berg on behalf of Creditor JPMORGAN CHASE BANK, N.A.
james.berg@piblaw.com

Melinda Colon Cox on behalf of Creditor JPMORGAN CHASE BANK, N.A.
melinda.cox@piblaw.com

Bernard D'Orazio on behalf of Creditor Karla Vera
bdorazio@dorazio-law.com

Andrew J Gershon on behalf of Creditor New York State Deptartment of Environmental Conservation
andrew.gershon@ag.ny.gov

Nazar Khodorovsky
nazar.khodorovsky@usdoj.gov, Nkhodoromdm@gmail.com

H Michael Lynch on behalf of Creditor New York Community Bank
fcruz@hmllaw.com, gravert@hmllaw.com;;gravert@ravertpllc.oom

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

Robert Pollock on behalf of Creditor JPMORGAN CHASE BANK, N.A.
robert.pollock@piblaw.com

Steven G Yudin on behalf of Creditor Karla Vera
syudin@dorazio-law.com

/s/ Gabriel Del Virginia, Esq.

Gabriel Del Virginia, Esq. GDV-4951
LAW OFFICES OF GABRIEL DEL VIRGINIA
30 Wall Street,
12th Floor,
New York, NY 10005
212-371-5478
Fax:212-371-0460
gabriel.delvirginia@verizon.net