UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

Zenith Management I, LLC,

Chapter 11

Case No. 1-16-43485-nhl

Debtor.
---------------------------------------------------------------x

## STIPULATION AND AGREED ORDER MODIFYING AND AMENDING ORDER APPROVING DEBTOR'S SALE OF THE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS

Upon the *Debtor's Amended Application for an Order, Pursuant to 11 U.S.C. 105(a) and 363 Approving Bid Procedures* [Docket No. 75] (the "Sale Motion") of Zenith Management I, LLC ( the "Debtor"), by and through its attorneys the Law Offices of Gabriel Del Virginia; and the *Objections to* the Sale Motion filed by each New York Community Bank [Docket No. 76] and Karla Vera [Docket No. 77]; and this Court having granted the Sale Motion (the "Sale Order"); and an auction sale having taken place on July 26, 2018 (the "Auction"), pursuant to *Terms and Conditions of Sale*; and the Auction having been conducted by MYC Associates ("MYC") at which Auction certain real property of the Debtor located at 99-13 43d Avenue, Corona, New York 11368 (the "Property") was sold to highest bidder Tom Sideris (the "Purchaser") for the consideration of nine hundred and five thousand dollars ($905,000) (the "Purchase Price"); and the Purchaser having executed the Terms and Conditions of Sale and, following his successful bid at the Auction, a Memorandum of Sale (collectively, the "Purchase Agreement"); and a hearing having been held on July 26, 2018, the record of which is incorporated herein by reference, in order to consider the relief requested in the Sale Motion (the "Sale Hearing"); and the Court having entered its *Order Approving Debtor's Sale of Property*

1

*Free and Clear of Liens, Claims, Encumbrances and Other Interests* on August 23, 2018 [Docket No. 88] (the "Sale Approval Order"); and a Status Conference having been held on September 13, 2018; and upon the Court having entered its *Order Modifying and Amending Order Approving Debtor's Sale of the Property Free and Clear of Liens, Claims, Encumbrances and Other Interests* on September 25, 2018 [Docket No. 90] ("Amended Sale Order") ; and the parties to this Agreed Order having conferred and agreed to the terms hereof,

**IT IS HEREBY STIPULATED AND AGREED:**

1. The Sale Motion, the Sale Order, and the Amended Sale Order (except as provided in Decretal Paragraphs 2 through 3 hereof), are each granted, ratified and affirmed, and each remain in full force and effect.

2. Decretal Paragraph 3 of the Amended Sale Order is modified, amended and superseded solely to provide that Closing (as such term is defined therein) shall occur on October 3, 2018 but absolutely in no event later than October 5, 2018. This shall be the final extension of the Closing. Judgment-creditor Karla Vera opposes and expressly reserves the right to object to any further extension requests.

*[Remainder of page intentionally left blank]*

3. This Agreed Order shall be effective immediately upon entry by the Court, and all stays pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure are waived.

**AGREED AND ACCEPTED BY THE FOLLOWING:**

Dated:  New York, New York
            September 26, 2018.

**LAW OFFICES OF GABRIEL DELVIRGINIA**
*Attorneys for the Debtor and Debtor-in-Possession*

**By:** *Gabriel Del Virginia*
30 Wall Street, 12th Floor
New York, New York 10005
Telephone: 212-371-5478
Facsimile: 212-371-0460
gabriel.delvirginia@verizon.net

| **LYNCH & ASSOCIATES** | **LAW OFFICES OF BERNARD D'ORAZIO & ASSOCS.** |
|---|---|
| By:*/s/ Gary O. Ravert* | By: *Steven G. Yudin* |
| H. Michael Lynch | Steven G. Yudin, Esq. |
| Gary O. Ravert (Of Counsel) | Senior Counsel |
| 462 Seventh Avenue, 12th Floor | The Legal Studio @ 238 West 139th St |
| New York, New York 10018 | New York, New York 10030 |
| Tel: (212) 683-4141 | Tel: 212-608-5300 x 104 |
| Fax: (917) 677-5419 | Fax: 212-212-608-5398 |
| gravert@hmllaw.com | syudin@dorazio-law.com |
| *Counsel for New York Community Bancorp* | *Counsel for Karla Vera* |

**SO ORDERED:**



Dated: October 1, 2018
            Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**