Moshie Solomon  
LAW OFFICES OF MOSHIE SOLOMON, P.C.  
5 Penn Plaza, 23rd Floor  
New York, New York 10001  
(212) 594-7070  

*Counsel for MYC & Associates, Inc.*

**Hearing Date and Time:**  
February 7, 2019 at 3:30 p.m.

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
---------------------------------------------------------X  

In re:  

ZENITH MANAGEMENT I, LLC  

        Debtor.  

Chapter 11  

Case No. 16-43485 (NHL)  

---------------------------------------------------------X  

## NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMMISSIONS TO MYC & ASSOCIATES, INC. AS REAL ESTATE BROKER

**PLEASE TAKE NOTICE** that pursuant to sections 328 and 330(a) of title 11 of the United States Code, Rule 2016 of the Federal Rule of Bankruptcy Procedure, Rules 2016-1 and 2016-2 of the Local Bankruptcy Rules for the Eastern District of New York, and the Guidelines For Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases adopted on June 4, 2013, a hearing will be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, NY 11201 (the "Court") on February 7, 2019 at 3:30 p.m. (ET) (the "Hearing") to consider the following application (the "Application") for allowance and payment of commissions:

| Applicant | Period | Commissions Requested | Expenses Requested |
|---|---|---|---|
| MYC & Associates, Inc. | 5/1/18 – 12/26/18 | $45,250.00 | $0.00 |

A copy of the Application may be obtained: (a) on the Court's electronic docket for the Debtor's chapter 11 case, which is posted on the Internet at http://www.nyeb.uscourts.gov; or (b) by contacting the undersigned.

**PLEASE TAKE FURTHER NOTICE**, that objections to the relief requested in the Application, if any, must be filed with the Court in accordance with the Court's electronic filing procedures (along with a copy marked "Chambers Copy" delivered to Judge Lord's Chambers) and served so that they are received by (i) the Court; (ii) Law Offices of Moshie Solomon, P.C., 5 Penn Plaza, 23rd Floor, New York, NY 10001 (Attn.: Moshie Solomon, Esq.); and (iii) The Office of the United States Trustee, Eastern District of New York, 201 Varick Street, Brooklyn, NY 10014, together with proof of service thereof, by 5:00 p.m., Eastern Time, no later than January 31, 2019.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice to any creditor or other party in interest other than the announcement of the adjourned date(s) in open Court on the date of the Hearing or at any adjourned date thereof.

Dated: New York, New York  
December 27, 2018

LAW OFFICES OF MOSHIE SOLOMON, P.C.  
5 Penn Plaza, 23rd Floor  
New York, New York 10001  
(212) 594-7070

By  /s/ Moshie Solomon  
    Moshie Solomon, Esq.

*Counsel for MYC & Associates, Inc.*