UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

ZENITH MANAGEMENT I, LLC

           Debtor.

Chapter 11

Case No. 16-43485 (NHL)

-----------------------------------------------------------X

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR
ALLOWANCE OF COMMISSIONS TO
<u>MYC & ASSOCIATES, INC. AS REAL ESTATE BROKER</u>**

Upon consideration of the First and Final Application for Allowance of Commissions and Reimbursement of Expenses to MYC & Associates, Inc. as Real Estate Broker (the "Application"), dated December 27, 2018, for professional services rendered and expenses incurred during the period commencing May 1, 2018 through December 26, 2018; and it appearing by the certificate of service filed with this Court that all parties entitled to notice of the Application have been duly served with such notice in accordance with Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and a hearing having been held before this Court on February 7, 2019 to consider the Application; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby

ORDERED, that the Application is granted to the extent set forth in Schedule "A(1)".

Case No.:  16-43485 (NHL)
Case Name: ZENITH MANAGEMENT I, LLC

**CURRENT FEE PERIOD**

| Applicant | Date/ Docket No. of Application | Fees Requested | Fees Allowed (Including Fees Held Back) | Fees Held Back | Fees Payable By Debtor | Expenses Requested | Expenses Allowed and Payable by Debtor |
|---|---|---|---|---|---|---|---|
| MYC & Associates, Inc. | December 27, 2018/ Docket No.___) | $45,250.00 | $45,250.00 | $0.00 | $45,250.00 | $0.00 | $0.00 |

SCHEDULE A(1)

Case No.:  16-43485 (NHL)
Case Name: ZENITH MANAGEMENT I, LLC

**ALL FEE PERIODS (INCLUDING THIS PERIOD)**

| Applicant | Total Fees Requested | Total Fees Paid/ To Be Paid By Debtor | Total Fees Held Back | Total Expenses Requested | Total Expenses Awarded and Paid/To Be Paid By Debtor |
|---|---|---|---|---|---|
| MYC & Associates, Inc. | $45,250.00 | $45,250.00 | $0.00 | $0.00 | $0.00 |

SCHEDULE A(2)